UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                         :

ALLEN BROWN,
                                                         :           **ORDER OF**
                        **Plaintiff,**                       :           **DISCONTINUANCE**

                                                         :
                         **-against-**                        :           07 Civ. 3481 (SAS)
                                                         :

DEPT. OF CORRECTIONS,
                                                         :
                           **Defendant.**
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        Defendant's counsel having notified the Court that the parties have reached a resolution of this action,

        IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within forty-five (45) days of the date of this Order, pro se plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 1/15/08]

Dated:    New York, New York
             January 15, 2008

- Appearances -

**Plaintiff (Pro Se):**

Allen Brown
# 825-07-00348
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370

**For Defendant:**

Shawn D. Fabian
Assistant Corporation Counsel
100 Church Street
New York, NY 10007
(212) 788-0906